IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KYJUANE L. CHATMAN | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:08-CV-157 (CDL) |
| DAVID FRAZIER, Warden, and THURBERT BAKER, Attorney General, State of Georgia, | * |
| Respondents. | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 3, 2009 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 9th day of March, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE